# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:2:15-mj-00653-CWH |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) STIPULATION TO CONTINUE |
| | ) BENCH TRIAL |
| JOHN JOSEPH FISCHKELTA, | ) (First Request) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and Terry Jones, Esquire, counsel for defendant **JOHN JOSEPH FISCHKELTA**, that the bench trial in the above-captioned matter, currently scheduled for January 27, 2016, at the hour of 9:00 a.m., be vacated and continued for sixty (60) days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1.    The parties are in the process of negotiating a resolution of the case that would obviate the need for trial.  The parties need additional time to do so.

2.    Defendant is out of federal custody and agrees to the continuance.

1

3. Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(I ) and (iv).

6. This is the first request for continuance of the trial in this case.


DATED this       day of January, 2016.



Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney


/s/ Terry Jones                                    /s/ Nadia Ahmed
TERRY JONES, ESQ.                        NADIA AHMED
Counsel for defendant                       Special Assistant United States Attorney
**JOHN JOSEPH FISCHKELTA**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No: 2:15-MJ-00653-CWH |
| | ) |
| Plaintiff, | ) |
| | ) ORDER CONTINUING |
| vs. | ) BENCH TRIAL |
| | ) |
| JOHN JOSEPH FISCHKELTA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based on the pending stipulation of counsel, and good cause appearing therefore,:

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for January 27, 2016, at the hour of 9:00 a.m., be vacated and continued to ___ Wednesday, April 6 _____, 2016, at the hour of 9:00 a.m.

DATED this ___25th___ day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

3