Law Offices of Shimer Zach, LLC
Terry Jones, Esq.
Nevada Bar No. 8819
6540 South Pecos Road
Suite 102(A)
Las Vegas, NV 89120
(702) 463-5600
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:2:15-mj-00653-CWH |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE BENCH TRIAL |
| JOHN JOSEPH FISCHKELTA, | (2nd Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Nadia Ahmed, Special Assistant United States Attorney, counsel for the United States of America, and Terry Jones, Esq., counsel for defendant **JOHN JOSEPH FISCHKELTA**, that the bench trial in the above-captioned matter, currently scheduled for April 6, 2016, at the hour of 9:00 a.m., be vacated and continued for sixty (60) days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. The parties are in the process of negotiating a resolution of the case that would obviate the need for trial. The parties need additional time to do so.

2. Defendant is out of federal custody and agrees to the continuance.

1

3. Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this stipulation, is excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and 3161(h)(8)(A), considering the factors under 18 U.S.C. § 3161(h)(8)(B)(I ) and (iv).

6. This is the second request for continuance of the trial; however, it is the first request for a continuance made by the Defendant.

DATED this ___ day of April, 2016.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

_/s/_____        __/s/_____
NADIA AHMED                                TERRY JONES, ESQ.
Special Assistant United States Attorney   Counsel for defendant
                                           **JOHN JOSEPH FISCHKELTA**

Law Offices of Shimer Zach, LLC
Terry Jones, Esq.
Nevada Bar No. 8819
6540 South Pecos Road
Suite 102(A)
Las Vegas, NV 89120
(702) 463-5600
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 2:15-MJ-00653-CWH |
| Plaintiff, ) | |
| ) | ORDER CONTINUING |
| vs. ) | BENCH TRIAL |
| ) | |
| JOHN JOSEPH FISCHKELTA, ) | |
| Defendant. ) | |

Based on the pending stipulation of counsel, and good cause appearing therefore,:

IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for April 6, 2016, at the hour of 9:00 a.m., be vacated and continued to ____June 15____, 2016, at the hour of 9:00 a.m.

DATED this __7th__ day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

3